No. 191. DIE & TOOLMAKERS LODGE 113, INTERNATIONAL ASSOCIATION OF MACHINISTS (AFL-CIO), v.
NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Cer-

tiorari denied. *Plato E. Papps* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for respondent.